**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| LARRY RUMBOUGH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION SERVICES, )<br>LLC, a Georgia limited liability company, )<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC., an Ohio corporation, )<br>)<br>Defendants. ) | CASE NO. 6-07-CV-1136-GKS-GJK |

**EQUIFAX INFORMATION SERVICES LLC'S AND EXPERIAN INFORMATION SOLUTIONS, INC.'S AMENDED JOINT MOTION FOR SANCTIONS AND MEMORANDUM IN SUPPORT THEREOF**

COMES NOW Defendants, Equifax Information Services LLC ("Equifax") and Experian Information Solutions, Inc. ("Experian"), and submit this amended memorandum in support of their Motion for Sanctions.

**I.   Plaintiff's Claims Should Be Dismissed For Failure To Follow The Court's Costs Order.**

On June 25, 2008, the Court entered its Order on Defendants Trans Union LLC, Equifax Information Services LLC and Experian Information Solutions, Inc's Motion for Security of Costs and Memorandum in Support Thereof (the "Costs Order"), requiring Plaintiff to post a bond in the amount of $3,000.00 with the Clerk of Court (Doc. 46). The Court's Costs Order stated: "If Plaintiff does not post the bond within twenty (20) days of this Order, if Plaintiff's claims are found to be frivolous, or if this action is found to have been brought for any improper

purpose, the bond may be subject to forfeiture, the Court may dismiss the complaint, or other sanctions may be applied."

Plaintiff's Motion to Reconsider Order Granting Motion for Bond, which was filed on July 14, 2008 (Doc. 50), was denied by this Court on July 18, 2008 (Doc. 53). The Court stated: "This Court's order of June 25, 2008 (Doc. 46) remains in force and unmodified."

As of the date of filing this motion, more than twenty (20) days have passed since the Costs Order and no bond has been posted by Plaintiff. Fed. R. Civ. P. 41(b) provides:

> **If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule—except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19—operates as an adjudication on the merits.**

Pursuant to Fed. R. Civ. P. 41(b), Equifax and Experian are entitled to the sanction of dismissal of Plaintiff's claims for Plaintiff's failure to comply with the Court's Order. In the alternative, the Defendants seek costs and attorneys' fees incurred by filing this motion and any other remedy this Court deems just under the circumstances.

Dated:  August 1, 2008

Respectfully submitted,

/s/ Thomas Tierney
Thomas Tierney
Florida Bar Number 0390150
5070 N. Highway A1A, Suite 200
Vero Beach, FL 32963
Telephone: (772) 231-4440
Facsimile: (772) 231-4430
ttierney@verobeachlawyers.com

Brooke D. Werner McEckron
Admitted *pro hac vice*
1420 Peachtree Street, N.E., Suite 800

ATI-2334319v1

Atlanta, GA 30309
Telephone:  (404) 521-3939
Facsimile:  (404) 581-8330
bwmceckron@jonesday.com

**Counsel for Experian Information Solutions, Inc.**

 /s/ Michael D. Douglas_____
Michael D. Douglas
admitted *pro hac vice*
1180 Peachtree St NE
Atlanta, GA 30309-3521
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100

**Counsel for Equifax Information Services, LLC**

ATI-2334319v1

## CERTIFICATE OF CONFERENCE

On July 31, 2008, the undersigned counsel for Experian contacted *Pro Se* Plaintiff Larry Rumbough via electronic mail regarding the Notice to the Court withdrawing part of its Motion for Sanctions and Memorandum In Support Thereof. Therefore, the undersigned submits the instant Amended Joint Motion for Sanctions and Memorandum in Support Thereof for the Court's consideration.

_____/s/_____
Brooke D. Werner McEckron

On July 31, 2008, the undersigned counsel for Equifax contacted *Pro Se* Plaintiff Larry Rumbough via electronic mail and telephone voice mail regarding the Notice to the Court withdrawing part of its Motion for Sanctions and Memorandum In Support Thereof. Therefore, the undersigned submits the instant Amended Joint Motion for Sanctions and Memorandum in Support Thereof for the Court's consideration.
_____/s/_____
Michael D. Douglas

ATI-2334319v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of August, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record; I further certify that I mailed a copy of the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Larry Rumbough, 840 Lilac Trace Lane, Orlando, Florida 32828.

Dated: August 1, 2008

Respectfully submitted,

/s/ Thomas Tierney
Thomas Tierney
Florida Bar Number 0390150
Rossway Moore & Taylor
5070 N. Highway A1A
Suite 200
Vero Beach, FL 32963
Telephone: (772) 231-4440
Facsimile: (772) 231-4430
ttierney@verobeachlawyers.com

**Attorney for Defendant
Experian Information Solutions, Inc.**