

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH
    Plaintiff,

CASE NO.: 6:07-cv-1136-GKS-UAM

-v-

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC,
    Defendants.

## PLAINTIFF'S RESPONSE TO EQUIFAX INFORMATION SERVICES LLC'S AND EXPERIAN INFORMATION SOLUTIONS, INC.'S AMENDED JOINT MOTION FOR SANCTIONS

Plaintiff, Larry Rumbough, hereby responds to Defendants Equifax Information Services LLC's and Experian Information Solutions, Inc.'s Amended Joint Motion for Sanctions, and states:

1. Defendants' motion is a part of an ongoing effort to harass Plaintiff and attempt to prejudice the Court against Plaintiff.

2. In their original Motion for Security of Costs, Defendants deliberately provided false information to the Court. Plaintiff is preparing to file a motion documenting these frauds and will do so after conferring with Defendants' attorneys in a final attempt to persuade them to withdraw this false information. Plaintiff's previous requests to Defendants' attorneys to do so voluntarily have failed.

3. Plaintiff has been financially unable to post a $3,000.00 bond. His failure to abide by the Court's order is solely because of this inability and not due to willfulness. Plaintiff has attempted to obtain a bond through numerous bonding companies. Only one provided judicial bonds and then only if a party is represented by an attorney. As Plaintiff is currently

unrepresented in this case, he was not able to apply for a bond. Plaintiff is currently able to pay a cash bond in the amount of $500.00. As part of the above motion that Plaintiff will file, a request to reduce the bond amount to $500.00 or strike it entirely will be made to the Court.

4. Defendants' attorneys never conferred with Plaintiff regarding their Motion for Sanctions. Although Experian's attorney, Brooke Werner McEckron, did ask Plaintiff at the deposition of Equifax what his intentions were regarding the bond, she made no mention whatsoever of her intention to file a motion for sanctions there. Plaintiff and Ms. McEckron did not speak on July 28, 2008 as she has falsely claimed. Equifax's attorney, Michael Douglas, did not bring up the issue of the bond at all and has never discussed with Plaintiff a motion for sanctions. Defendants' attorneys have utterly failed to comply with the requirement to confer with Plaintiff regarding said motion and have falsely represented to the Court that they have done so.

WHEREFORE, Plaintiff requests that the Court deny Defendants Equifax Information Services LLC's and Experian Information Solutions, Inc.'s Amended Joint Motion for Sanctions.

Dated: August 18, 2008

Respectfully submitted,

*Larry Rumbough*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
(321) 331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been *delivered* this 18th day of August, 2008 by U.S. Mail delivery to:

Michael Douglas
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309

Brooke Werner McEckron
Jones Day
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
(321) 331-1859