**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LARRY RUMBOUGH
      Plaintiff,

                                   CASE NO.: 6:07-cv-1136-GKS-UAM

-v-

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
      Defendants.

## PLAINTIFF'S RESPONSE TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION FOR ENTRY OF BILL OF COSTS

Plaintiff, Larry Rumbough, hereby responds to Defendant Equifax Information Services LLC's Motion for Entry of Bill of Costs, and states:

1. Defendant's attorney, Michael D. Douglas, made no attempt to confer, whether by phone, e-mail, letter, fax, or any other method, with Plaintiff before the motion was filed as required by M.D. Fla. L.R. 3.01(g). Mr. Douglas did not file a statement certifying this conference as the rule further requires.

2. The postmark on the envelope (Exhibit "A") in which the motion was mailed to Plaintiff is dated November 11, 2008. Since that day was a United States Postal Service holiday (Exhibit "B"), the earliest that the envelope could have been sent by certified mail to Plaintiff was November 12, 2008, which is two days after the deadline for the motion. Mr. Douglas's Certificate of Service purporting that the document was mailed to Plaintiff on November 10, 2008 is demonstrably false.

3. The Brief in Support of Defendant Equifax Information Services LLC'S Motion for Entry of Bill of Costs claims that "The costs incurred by Equifax including deposition, witness fees, court reporter fees, and copy costs are identified in the Bill of Costs Form that is attached as

Exhibit B." However the Bill of Costs Form only includes alleged costs of court reporter fees, not for any of the other claims.

4. Defendant has provided no proof that it paid for any of the alleged costs. There is no copy of a negotiated check or other proof of payment. The Declaration of Michael D. Douglas provided to Plaintiff (and presumably to the Court) is unsigned, containing only his printed name. It further does not explain how he has firsthand knowledge of any costs purportedly incurred.

WHEREFORE, Plaintiff respectfully requests that the Court deny Defendant's motion.

Dated: December 1, 2008

Respectfully submitted,

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
(321) 331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 1st day of December, 2008 by U.S. Mail delivery to:

Mark H. Weintraub
Jones Day
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309

Michael Douglas
King & Spalding, LLP
1180 Peachtree Street NE
Atlanta, GA 30309


Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
(321) 331-1859



CERTIFIED MAIL

7002 0860 0000 8168 8938

KING & SPALDING LLP
180 PEACHTREE STREET NE
ATLANTA, GEORGIA 30309-3521

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828

3218

Hasler
$ 06.41⁰
Mailed From 30309
11/11/2008
US POSTAGE

Exhibit "A"

 **UNITED STATES POSTAL SERVICE ®**

 Print

## 2008 Postal Holidays

- **Tuesday, January 1** - New Year's Day
- **Monday, January 21** - Martin Luther King Jr's Birthday
- **Monday, February 18** - Washington's Birthday (President's Day)
- **Monday, May 26** - Memorial Day
- **Friday, July 4** - Independence Day
- **Monday, September 1** - Labor Day
- **Monday, October 13** - Columbus Day
- **Tuesday, November 11** - Veterans Day
- **Thursday, November 27** - Thanksgiving Day
- **Thursday, December 25** - Christmas Day
- **Thursday, January 1, 2009** - New Year's Day

**Close Window**

Exhibit "B"